BILLY DEAN BOOTH, APPELLANT AND CROSS-APPELLEE, V. HELEN N. BOOTH, APPELLEE AND CROSS-APPELLANT.

195 N. W. 2d 744

Filed March 24, 1972.   No. 38131.

Jerry L. Snyder, for appellant.

Ginsburg, Rosenberg, Ginsburg & Krivosha, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.

AFFIRMED. See Rule 20. Defendant is allowed $750 for services of her attorney in this court.